THE STATE OF OHIO, APPELLEE, *v.* WITLICKI, APPELLANT.

[Cite as *State v. Witlicki* (1996), 74 Ohio St.3d 237.]

(No. 95–1246—Submitted October 10, 1995—Decided January 10, 1996.)

*Charles E. Coulson,* Lake County Prosecuting Attorney, *Ariana E. Tarighati* and *Julie E. Mitrovich,* Assistant Prosecuting Attorneys, for appellee.

*Thomas Witlicki, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.